# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: JOSEPH GRASSO,** | |
| **JOSEPH GRASSO, et al.,** | |
| Appellants, | **CIVIL ACTION NO. 15-5424** |
| v. | **BANKRUPTCY NO. 12-11063** |
| **CHRISTINE C. SHUBERT, Chapter 7 Trustee for the Estate of Joseph Grasso, et al.,** | |
| Appellees. | |

## ORDER

**AND NOW,** this 26th day of July 2016, upon consideration of the briefs and the record on appeal, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that that the Order of the Bankruptcy Court dated September 15, 2015 is **AFFIRMED**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**